**VAN–074** Order to Show Cause – Rev. 08/23/2024

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Carolina Proud Investment Group, LLC
411 River Branch Rd.
Greenville, NC 27858

CASE NO.: 25–01063–5–PWM

DATE FILED: March 24, 2025

TaxID: 85–1093408

CHAPTER: 11

ORDER TO SHOW CAUSE

Based upon the motion for show cause order filed by Bankruptcy Administrator,

IT IS ORDERED that Carolina Proud Investment Group, LLC  , by and through its officer, appear at the time and place indicated below and show cause, if any there be, as to why this case should not be dismissed for

Failure to Comply with Local Bankruptcy Rule 4002–1(c)

DATE:    Wednesday, May 21, 2025
TIME:    01:30 PM
PLACE:   Room 208, 300 Fayetteville Street, Raleigh, NC 27601


DATED: May 7, 2025

Pamela W. McAfee
United States Bankruptcy Judge