VAN–172 Order – Rev. 11/18/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Carolina Proud Investment Group, LLC
 ( _known aliases_: CPIG )
411 River Branch Rd.
Greenville, NC 27858

TaxID: 85–1093408

CASE NO.: 25–01063–5–PWM

DATE FILED: March 24, 2025

CHAPTER: 11

ORDER FIXING LAST DAY TO FILE ACCEPTANCES/REJECTIONS OF THE PLAN,
SETTING HEARING ON CONFIRMATION OF THE PLAN,
DIRECTING THAT BALLOTS BE FILED AND
DIRECTING THE PLAN PROPONENT TO FILE REPORT ON BALLOTS

A plan having been filed on **June 23, 2025** , referred to hereafter as plan, and

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that:

A. The hearing on confirmation of the plan is scheduled as follows:

 DATE:     Tuesday, August 12, 2025
 TIME:     10:30 AM
 PLACE:    Room 208, 300 Fayetteville Street, Raleigh, NC 27601

B. **August 5, 2025** is fixed as the last day for filing written acceptances or rejections of the plan. The enclosed ballot should be completed and filed with the plan proponent on or before that date.

C. **August 5, 2025** is fixed as the last day for filing and serving written objections to confirmation of the plan pursuant to Rule 3020(b)(1), Federal Rules of Bankruptcy Procedure.

D. On or before **6/30/2025** , the plan proponent must transmit the plan referred to above, this order, and official form 14 (ballot for accepting and rejecting the plan), to all creditors, equity security holders, Bankruptcy Administrator and other parties in interest as provided in Rule 3017(d), Federal Rules of Bankruptcy Procedure. A certificate of service must be filed with the court within three (3) days evidencing service.

G. The plan proponent must prepare and file a summary report on the votes, with a copy of each ballot attached, with the court by 5:00 pm one day prior to the confirmation hearing. The report should identify the name of the creditor by class as designated in the plan, the acceptance, rejection, or, if no vote cast by the creditor, the amount of each creditor's claim or amount of each creditor's vote. The report must be summarized by each class of creditor established in the plan and indicate if the number of acceptances obtained were by the holders of two–thirds in amount and more than one–half in number of claims in each class voting on the plan. A copy of the report must be served on the U.S. Bankruptcy Administrator at 434 Fayetteville Street, Suite 640, Raleigh, NC 27601.

The report as filed with the clerk of court must have a certificate of service reflecting proper service on the parties.

DATED: June 25, 2025

Pamela W. McAfee
United States Bankruptcy Judge